# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF JOAO AZEVEDO and<br>AMANDA AZEVEDO,<br>    Plaintiffs,<br><br>v.<br><br>DANBURY INSURANCE COMPANY,<br>    Defendant. | CIVIL ACTION NO.<br>3:08cv1075   (SRU) |

## PARTIAL FINAL JUDGMENT

This matter came on for consideration before the Honorable Stefan R. Underhill, United States District Judge, pursuant to defendant Danbury Insurance Company's motion for summary judgment.

The Court reviewed all papers submitted in connection with the motion and after a hearing held on April 25, 2013, the Court granted the motion.

Therefore, because there is no just reason for delaying entry of a partial final judgment, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, it is ORDERED and ADJUDGED that judgment is entered in favor of the defendant Danbury Insurance Company on its third affirmative defense to all of the claims in the fourth amended complaint of plaintiffs Estate of Joao Azevedo and Amanda Azevedo.  Accordingly, the fourth amended complaint is dismissed and plaintiffs' insurance policy with Danbury Insurance Company is hereby rescinded; defendant is directed to return to plaintiffs any insurance premiums paid to obtain the rescinded insurance policy.

Dated at Bridgeport, Connecticut this 24th day of May 2013.

                                          ROBERTA D. TABORA, Clerk

                                        By    /s/ Barbara Sbalbi
                                                  Deputy Clerk

Entered on Docket_____